■ Annie McDaniel, Appellant, v Port Authority of New York and New Jersey et al., Respondents and Third-Party

Plaintiffs-Respondents. ROCKLAND COACHES, Third-Party Defendant-Respondent. [608 NYS2d 223] —Order, Supreme Court, Bronx County (Barry Salman, J.), entered on or about December 21, 1992, which granted third-party defendant's motion for a change of venue to New York County from Bronx County, unanimously affirmed, without costs.

We perceive no abuse of discretion in changing venue to New York County where the accident occurred (*Risoli v Long Is. Light. Co.,* 138 AD2d 316, 318), since plaintiff resides and was treated in New Jersey. Concur—Murphy, P. J., Carro, Wallach and Ross, JJ.